IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 9:10-CR-00073-SB |
| | ) | |
| vs. | ) | |
| | ) | |
| IBN MUHAMMED SCOTT | ) | |

## ORDER OF DISMISSAL

And now, this **21** day of April, 2010, the Government's Motion to Dismiss Information is granted, and it is hereby ordered and decreed that the Information filed January 21, 2010, in Criminal Number 9:10-00073 be, and the same is hereby dismissed, without prejudice as to **IBN MUHAMMED SCOTT**.

HONORABLE SOL BLATT, JR.
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina.